# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-1637

_____

| | |
|---|---|
| Dadaji J. Weston, | * |
| | * |
| Appellant, | * |
| | * |
| v. | *   Appeal from the United States |
| | *   District Court for the |
| Department of Corrections; St. Louis | *   Eastern District of Missouri. |
| Police Department; City of St. Louis, | * |
| | *      [UNPUBLISHED] |
| Appellees. | * |

_____

Submitted: June 3, 2003
Filed: July 1, 2003

_____

Before BOWMAN, MELLOY, and SMITH, Circuit Judges.

_____

PER CURIAM.

Dadaji J. Weston appeals from the district court's[1] 28 U.S.C. § 1915(e) dismissal of his civil rights complaint. Having carefully reviewed the record, see Moore v. Sims, 200 F.3d 1170, 1171 (8th Cir. 2000) (per curiam) (§ 1915(e) dismissal reviewed de novo), we conclude that the district court properly dismissed Weston's action for lack of any allegation that the alleged wrongful conduct was

_____

[1]The Honorable Henry E. Autrey, United States District Judge for the Eastern District of Missouri.

taken pursuant to a municipal policy or custom. Accordingly, we affirm. <u>See</u> 8th Cir. R. 47A(a).

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.